UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
WILLIAM HENRY HARRISON,                   )
                                          )
        Plaintiff,                        )
                                          )
        v.                                )        Civil Action No. 07-1543 (PLF)
                                          )
FEDERAL BUREAU OF PRISONS,                )
                                          )
        Defendant.                        )
_____ )

<u>ORDER</u>

        For the reasons stated in the accompanying Opinion, and after consideration of the

parties' motions, oppositions, and replies, and the entire record in this case, it is hereby

        ORDERED that the defendant's renewed motion to dismiss or for summary

judgment is GRANTED and JUDGMENT is awarded to the defendant on the claims arising from

three FOIA Requests identified by numbers 07-7829, 07-10206, and 08-2180; it is

        FURTHER ORDERED that the plaintiff's motion for reconsideration is DENIED.

        As all claims have now been decided by this Order and the Court's Order of

March 31, 2009, this is a final appealable order. *See* Fed. R. App. P. 4.

        SO ORDERED.


                                          /s/_____
                                          PAUL L. FRIEDMAN
DATE:  February 3, 2010                   United States District Judge